FILED
2009 Oct-19  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-01612-IPJ |
| | ) |
| BERNIE M. HAMBY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on August 19, 2009 ; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

COUNT I

3. Defendant is indebted to Plaintiff in the principal sum of $4,428.26, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $4,490.72 through October 19, 2009, at the rate of 5.82 (daily rate of $0.71) percent per annum until date of judgment,

plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $.00, and costs of Process Service $55.00.

    4.   Plaintiff is due to recover from Defendant the total sum of $9,323.98, plus interest from October 19, 2009, until date of judgment at the rate of 5.82 percent per annum (daily rate of $0.71) and interest thereafter at the prevailing legal rate per annum until paid in full.

## COUNT II

    5.   Defendant is indebted to Plaintiff in the principal sum of $2,815.31, accrued interest of $3,272.24 through October 19, 2009, at the rate of 8 (daily rate of $0.62) percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, and administrative charges of $.00.   Court costs of $350.00 and costs of process server of $55.00 have been charged to Count I.

    6.   Plaintiff is due to recover from Defendant the total sum for Count II of $6,087.55, plus interest from October 19, 2009, until date of judgment at the rate of 8 percent per annum (daily rate of $0.62) and interest thereafter at the prevailing legal rate per annum until paid in full.

    7.   Plaintiff is due to recover from Defendant the combined total principal amount of $7,243.57, combined interest to October 16, 2009, of $7,762.96, administrative charges of $.00, court costs of $350.00 and costs of Process Service of $55.00 for a total amount due of $15,411.53, plus interest from October 16, 2009, at the rate of 5.82 percent per annum(daily rate of $0.71) for Count I and interest from October 16, 2009, at the rate of 8 percent per annum (daily rate of $0.62) for Count II.  Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full.

A judgment will enter accordingly.

Done this the 19th day of October 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE

Case 2:09-cv-01612-IPJ   Document 6   Filed 10/19/09   Page 4 of 4